**Electronically Filed
Supreme Court
SCPW-17-0000532
30-NOV-2017
02:52 PM**

SCPW-17-0000532

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SI UFAGA MOANA, Petitioner,

vs.

THE HONORABLE FRANCES Q. F. WONG, Judge of the
Family Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.
(SCPW-17-0000532; CASE NO. 1FFC-17-0000575)

---

JAYVAN C. CURIOSO, Petitioner,

vs.

THE HONORABLE HILARY BENSON GANGNES, Judge of the
District Court of the First Circuit, Honolulu Division,
State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.
(SCPW-17-0000171; CASE NO. 1DCW-17-0000868)

---

ORIGINAL PROCEEDINGS

<u>ORDER OF CORRECTION</u>
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed November 21, 2017, is corrected as follows:

On page 34 footnote 20, delete "Moana's" and replace with "Curioso's".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, November 30, 2017.

/s/ Richard W. Pollack

Associate Justice

